☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | $ 240.00 |

**3. Checking, savings, money market, or financial brokerage accounts (Identify all)**

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. MUTUAL SAVINGS ASSOCIATION | BUSINESS CHECKING | 8 9 3 5 | $ 210.83 |
| 3.2. EXCHANGE BANK | BUSINESS CHECKING | 9 9 5 0 | $ 1699.64 |

**4. Other cash equivalents (Identify all)**

| 4.1. _____ | $ _____ |
|---|---|
| 4.2. _____ | $ _____ |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $ 2,150.47

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. _____ | $ _____ |
|---|---|
| 7.2. _____ | $ _____ |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| 11a. 90 days old or less: | 7,229.34 | – | | = ⟶ | $ 7,229.34 |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 295.00 | – | | = ⟶ | $ 295.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 7,524.34

---

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $_____

14.2. _____ _____ $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: | % of ownership:

15.1._____ _____% _____ $_____

15.2._____ _____% _____ $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor **BRANNONS SHOP AND SERVICE**
Name

Case number (if known) _____

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** *12,557.02* | _____ MM / DD / YYYY | $_____ | *PURCHASE PRICE* | $ *12,557.02* |

**23. Total of Part 5** | | | | $ *12,557.02*

Add lines 19 through 22. Copy the total to line 84.

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops—either planted or harvested** | | | | |
| _____ | | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | | |
| _____ | | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| _____ | | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| _____ | | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |
| _____ | | $_____ | _____ | $_____ |

Debtor __BRINGERS SHOP AND SERVICE__
Name

Case number (if known)_____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☒ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** _10,333_ | $_____ | PURCHASE PRICE | $ _10,333_ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ _10,333_

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

Debtor _____BRIGHTIS SHOE AND SERVICE_____ Case number (if known)_____
          Name

46. Does the debtor own or lease any machinery, equipment, or vehicles?
   ☐ No. Go to Part 9.
   ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, **motorcycles, trailers,** and titled farm vehicles | | | |
| 47.1 2019 FORD T250 VAN | $ 32,443 | -KBB | $ 15,443 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| 48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| 49. Aircraft and accessories | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| | $ | | $ |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.                      $ 15,443

52. Is a depreciation schedule available for any of the property listed in Part 8?
   ☒ No
   ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
   ☒ No
   ☐ Yes

Debtor **FARMER'S SHOP AND SERVICE**      Case number (if known) _____

<small>Name</small>

---

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      $ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites**<br>_____ | $ _____ | _____ | $ _____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $ _____ | _____ | $ _____ |
| 65. **Goodwill**<br>_____ | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.      $ _____

---

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No

☒ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

CUSTOMERS _____

_____ − _____ = → $ 7,524.34

Total face amount — doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $ _____

_____ Tax year _____ $ _____

_____ Tax year _____ $ _____

**73. Interests in insurance policies or annuities**

_____ $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____ $ _____

Nature of claim _____

Amount requested $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____ $ _____

Nature of claim _____

Amount requested $ _____

**76. Trusts, equitable or future interests in property**

_____ $ _____

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $ _____

_____ $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $ 7,524.34

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 2,150.47 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ ~~1,521.34~~ | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 752.34 | |
| 83. Investments. *Copy line 17, Part 4.* | $ | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 12,657.02 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 10,333 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 15,443 | |
| 88. Real property. *Copy line 56, Part 9.* ...............................➔ | | $ |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ | |
| 91. Total. Add lines 80 through 90 for each column...................... 91a. | $ 48,007.83 | + 91b. $ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ............................................................................   $ 48,007.83

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name
CITIZENS NATIONAL BANK

Describe debtor's property that is subject to a lien
2019 FORD T250 VAN
$ 23,000        $ 17,000

Creditor's mailing address
601 N MAIN
LANSING, KS 66043

Describe the lien
_____

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred  07/21

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  3628

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** Creditor's name

Describe debtor's property that is subject to a lien
$            $

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority.
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 23,000

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of ___

Debtor    Brydlets Shop And Service

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral** |
| | | | Do not deduct the value of collateral. | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.__**    **Creditor's name**

    **Describe debtor's property that is subject to a lien**

_____    _____   $_____    $_____

**Creditor's mailing address**

_____    _____

_____
_____    **Describe the lien**

    _____

**Creditor's email address, if known**

    **Is the creditor an insider or related party?**

_____    ☐ No
    ☐ Yes

**Date debt was incurred** _____

    **Is anyone else liable on this claim?**

**Last 4 digits of account**    ___ ___ ___ ___    ☐ No
**number**     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply.
☐ No
☐ Yes. Have you already specified the relative    ☐ Contingent
    priority?     ☐ Unliquidated
     ☐ No. Specify each creditor, including this    ☐ Disputed
      creditor, and its relative priority.

      _____
      _____
      _____

     ☐ Yes. The relative priority of creditors is
      specified on lines _____

---

**2.__**    **Creditor's name**

    **Describe debtor's property that is subject to a lien**

_____    _____   $_____    $_____

**Creditor's mailing address**

_____    _____

_____
_____    **Describe the lien**

    _____

**Creditor's email address, if known**

    **Is the creditor an insider or related party?**

_____    ☐ No
    ☐ Yes

**Date debt was incurred** _____

    **Is anyone else liable on this claim?**

**Last 4 digits of account**    ___ ___ ___ ___    ☐ No
**number**     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply.
☐ No
☐ Yes. Have you already specified the relative    ☐ Contingent
    priority?     ☐ Unliquidated
     ☐ No. Specify each creditor, including this    ☐ Disputed
      creditor, and its relative priority.

      _____
      _____
      _____

     ☐ Yes. The relative priority of creditors is
      specified on lines _____

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor _____ Case number (if known) _____

Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D                Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**                page ___ of ___

Fill in this information to identify the case:

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
*Internal Revenue Service*
*P.O. box 7420602*
*Cincinnati, OH 45280-2562*

Date or dates debt was incurred
*12/31/2015*

Last 4 digits of account
number *7646*

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ *12,881.44*     $ *12,881.44*
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
*unpaid tax filing*

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**
Priority creditor's name and mailing address
*Internal Revenue Service*
*P.O. box 7420602*
*Cincinnati, OH 45280-2562*

Date or dates debt was incurred
*12/31/2020*

Last 4 digits of account
number *7646*

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ *1054.11*     $ *1054.11*
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
*unpaid tax filing*

Is the claim subject to offset?
☑ No
☐ Yes

**2.3**
Priority creditor's name and mailing address
*Kansas Dept. of Revenue*
*120 SE 10th Ave. PO box 3506*
*Topeka, KS 66601-3506*

Date or dates debt was incurred
*12/31/2021, 12/31/2020, 12/31/2022*

Last 4 digits of account
number *8733*

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ *1234.88*     $ *1234.88*
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
*unpaid sales tax*

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of ____

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $_____  $_____
Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
_____  ☐ Disputed
_____

Date or dates debt was incurred          Basis for the claim:
_____              _____

Last 4 digits of account          Is the claim subject to offset?
number  __ __ __ __                ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (____)

---

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $_____  $_____
Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
_____  ☐ Disputed
_____

Date or dates debt was incurred          Basis for the claim:
_____              _____

Last 4 digits of account          Is the claim subject to offset?
number  __ __ __ __                ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (____)

---

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $_____  $_____
Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
_____  ☐ Disputed
_____

Date or dates debt was incurred          Basis for the claim:
_____              _____

Last 4 digits of account          Is the claim subject to offset?
number  __ __ __ __                ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (____)

---

**2.__** Priority creditor's name and mailing address

As of the petition filing date, the claim is:  $_____  $_____
Check all that apply.
☐ Contingent
_____  ☐ Unliquidated
_____  ☐ Disputed
_____

Date or dates debt was incurred          Basis for the claim:
_____              _____

Last 4 digits of account          Is the claim subject to offset?
number  __ __ __ __                ☐ No
Specify Code subsection of PRIORITY unsecured   ☐ Yes
claim: 11 U.S.C. § 507(a) (____)

Debtor **Skinner's Shop and Service**
Name

Case number (if known) _____

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **48,091.54** |
| Smithwood Lock Supply | ☐ Contingent | |
| 120 Maine Ave | ☐ Unliquidated | |
| Kansas City, KS 66103 | ☑ Disputed | |
| | Basis for the claim: _judgment creditor_ | |
| Date or dates debt was incurred __6/27/2014__ | Is the claim subject to offset? | |
| Last 4 digits of account number __0657__ | ☐ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **5448.50** |
| Paypal Working Capital | ☑ Contingent | **3,565.36** |
| Web Bank | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: _Business Capital_ | |
| Date or dates debt was incurred __11/29/2021__ | Is the claim subject to offset? | |
| Last 4 digits of account number __6975__ | ☑ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **1539.85** |
| Paypal Credit | ☑ Contingent | **1,379.23** |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: _Business Capital_ | |
| Date or dates debt was incurred __11/21/2021__ | Is the claim subject to offset? | |
| Last 4 digits of account number __6970__ | ☐ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **4205.22** |
| Capital One Visa | ☑ Contingent | |
| PO Box 71083 | ☐ Unliquidated | |
| Charlotte, NC 08272-1083 | ☐ Disputed | |
| | Basis for the claim: _Business Capital_ | |
| Date or dates debt was incurred __2017__ | Is the claim subject to offset? | |
| Last 4 digits of account number __1992__ | ☐ No ☐ Yes | |

| | | |
|---|---|---|
| **3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ **4500.00** |
| Judith Frasher | ☑ Contingent | |
| 1015 4th St. Apt. 211 | ☐ Unliquidated | |
| Leavenworth, KS 66048 | ☐ Disputed | |
| | Basis for the claim: _Personal loan_ | |
| Date or dates debt was incurred __11/30/2021__ | Is the claim subject to offset? | |
| Last 4 digits of account number ____ | ☐ No ☐ Yes | |

| | | |
|---|---|---|
| **3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ _____ |
| | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| | Basis for the claim: _____ | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☐ No ☐ Yes | |

Official Form 206E/F                 Schedule E/F: Creditors Who Have Unsecured Claims                 page ___ of ___

Debtor _____    Case number (*if known*)_____
      Name

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                      Amount of claim

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor
   disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**        page ___ of ___

Debtor _____  Case number (if known) _____
         Name

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page ___ of ___

Debtor _____ Case number _(if known)_ _____
          Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.__ _____ _____ | Line _____ ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page ___ of ___

Debtor _BIRNBERS SHOP AND SERVICE_

Name

Case number *(if known)*_____

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. **Total claims from Part 1**    5a.   $ _15,168.88_
                                          15,169.99

5b. **Total claims from Part 2**    5b.  + $ _61,744.35_
                                          61,741.35

5c. **Total of Parts 1 and 2**      5c.   $ _76,901.34_
    Lines 5a + 5b = 5c.
                                          76,911.34

Official Form 208E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page ___ of ___

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*................................................................    $ _0_

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................    $ _48,007.83_

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................    $ _48,007.83_

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............    $ _23,000_

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..................................    $ _15,169.99_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................    + $ _61,741.35_

4. **Total liabilities**..........................................................................................
    Lines 2 + 3a + 3b                                                                            $ _76,911.34_

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor _____ Case number (if known)_____

Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          page ___ of ___

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

❑ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| **2.2** _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| **2.3** _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| **2.4** _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| **2.5** _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| **2.6** _____ | Street _____ <br><br> City _____ State ____ ZIP Code ____ | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of ___

Debtor _____   Case number (if known)_____
         Name

█ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor |

| Name | Mailing address | Name | Check all schedules that apply: |
|------|-----------------|------|------|
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.___ _____ | Street _____<br><br>_____<br>City      State      ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case:

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                        (State)

Case number (If known): _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## **Summary of Assets and Liabilities for Non-Individuals**                    12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................... $ __0__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ _____

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ __0__

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................ $ 17,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ 15,169.96

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ + $ 61,741.35

4. **Total liabilities.......................................................................................................**
   Lines 2 + 3a + 3b                                                                                                    $ 93,911.34