IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE | ) |
| | ) |
| BIRINGER'S SHOP AND SERVICE, LLC, | ) |
| | ) Case No. 22-20394-11 |
| Debtor | ) |
| | ) Chapter 11 |
| 100 East Kansas | ) |
| Lansing, Kansas 66043 | ) Subchapter V |
| EIN: 46-0878133 | ) |

**DISCLOSURE OF COMPENSATION OF ATTORNEYS FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that Hazelton & Laner, LLP ("H & L") is counsel for the above-named Debtor and that compensation paid to H & L within one year before the filing of the petitions in bankruptcy, or agreed to be paid to H & L, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy cases is as follows:

   In the past 12 months (i.e., from May 4, 2021 through the Petition Date of May 4, 2022), Hazelton & Laner, LLP has billed the Debtor $3,757.50 and been paid a total of $2,000 in fees for non-Bankruptcy work and, related to Bankruptcy work, $1,305 in fees and $1,738.00 in costs (including the Chapter 11 filing fees of $1,738.00) by the Debtor. Hazelton & Laner, LLP previously received a pre-petition Bankruptcy retainer to be used to secure payment for fees and expenses incurred by Hazelton & Laner, LLP in its representation of the above Debtor, which was $2,738.00 and now stands at 0 after the filing of the Petition. Hazelton & Laner, LLP will bill time on an hourly basis and the Debtor will be responsible for the payment of fees and expenses incurred.

2. The source of the compensation paid to H & L was:

   ■ Debtor   ☐ Other (specify):

3. The source of compensation to be paid to H & L is:

■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, H & L has agreed to render legal services for all aspects of the bankruptcy case, including:

   a. Analysis of the Debtor's financial situation, and rendering advice to the Debtors in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petitions, schedules, statements of affairs and plan which may be required, including adversary proceedings;

   c. Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the Debtor on all matters pertaining to the Chapter 11 filings and the administration of the bankruptcy case including participating in any State Court matters.

6. By agreement with the Debtor, the above-disclosed fee does not include the following service: not applicable

## CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement for payment to me for representation of the Debtors in these bankruptcy proceedings.

Dated: May 19, 2022

Respectfully submitted,

HAZELTON & LANER, LLP

By: /s/ *Joel B. Laner*
      Joel B. Laner        KS 77871

Suite 650
4600 Madison
Kansas City, Missouri 64112
816/753-5678
816/753-6208 FAX
jlaner@hlblaw.net

Proposed Attorney for the Debtor and Debtor-in-possession