Biringer's Shop and Service, L.L.C.

Unanimous Consent of Members in Lieu of Special Meeting

May 1, 2022

      The undersigned, being the two Members of Biringer's Shop and Service, L.L.C., a Kansas limited liability company (the "Company"), hereby consent in writing to the adoption of the following actions, such consent to have the same force and effect as the adoption of the actions of a meeting of the Members duly called and legally held.

      The Members believe the institution of a bankruptcy proceeding is necessary to prevent the attachment, seizure, and sale of certain of the Company's key business assets and to allow for an orderly payment of its debts. The Members hereby approve the filing of a bankruptcy proceeding pursuant to Chapter 11, Subchapter V, and authorize Michael A. Frasher to execute such documents and take such actions as are necessary to implement the filing.

      In Witness Whereof, the undersigned have signed this Consent as of the date set forth above.

_____      _____
Michael A. Frasher                                   Paige R. Frasher