# Biringer's

## Profit and Loss
### April 2022

|  | TOTAL |
|---|---:|
| **Income** | |
|   Sales | |
|     Keys | -1,316.77 |
|      Key Codes | -97.38 |
|   **Total Keys** | **-1,414.15** |
| **Total Sales** | **-1,414.15** |
|   Service Calls | 1,867.35 |
|     Labor | 925.00 |
| **Total Service Calls** | **2,792.35** |
| **Total Income** | **$1,378.20** |
| **GROSS PROFIT** | **$1,378.20** |
| **Expenses** | |
|   Automobile Expense | 236.55 |
|   Bank Service Charges | 31.45 |
|   Computer and Internet Expenses | 50.00 |
|   Employee Medical Expenses | |
|     Employee Healthcare Other | 260.00 |
|   **Total Employee Medical Expenses** | **260.00** |
|   Professional Fees | 1.50 |
|   Telephone Expense | 36.33 |
|   Tools & Equipment | 160.24 |
| **Total Expenses** | **$776.07** |
| **NET OPERATING INCOME** | **$602.13** |
| **Other Income** | |
|   Interest | -63.83 |
| **Total Other Income** | **$ -63.83** |
| **Other Expenses** | |
|   Reconciliation Discrepancies-1 | -463.04 |
| **Total Other Expenses** | **$ -463.04** |
| **NET OTHER INCOME** | **$399.21** |
| **NET INCOME** | **$1,001.34** |

Cash Basis  Monday, May 16, 2022 07:25 PM GMT-05:00                                             1/1