**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 26th day of July, 2022.**

Robert D. Berger
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re: Biringer's Shop and Service, LLC,

Case No. 22-20394-11

Debtor.

**Agreed Order Granting the**
**United States Trustee's Motion to Dismiss**

Under 11 U.S.C. § 1112(b), the United States Trustee moved the Court to dismiss this case. The debtor does not wish to oppose the motion to dismiss. Therefore, the parties agree that the motion to dismiss should be granted, and it is hereby **GRANTED** and the case is dismissed.

**IT IS SO ORDERED.**

**# # #**

Prepared and submitted by:

ILENE J. LASHINSKY,
UNITED STATES TRUSTEE

By: *Richard A. Kear*, #20724
Trial Attorney
301 N. Main St., Suite 1150
Wichita, KS 67202
316-269-6213 (phone)
Richard.Kear@usdoj.gov

Approved by:

HAZELTON & LANER, LLP

*s/ Joel B. Laner*
Joel B. Laner KS 77871
4600 Madison
Suite 650
Kansas City, MO 64112
816/753-5678
816/753-6208 FAX
Proposed Attorney for the Debtor